**EXHIBIT B**

## Defendants' Recovery of Fees Incurred for Motion for Attorneys' Fees

| Date | Timekeeper | Rate | Time | Total |
|---|---|---|---|---|
| 9/17/2015 | JRA | $460.00 | 0.3 | $138.00 |
| 9/17/2015 | MOS | $300.00 | 0.6 | $180.00 |
| 9/18/2015 | JRA | $460.00 | 0.5 | $230.00 |
| 9/18/2015 | MOS | $300.00 | 0.9 | $270.00 |
| 9/23/2015 | JRA | $460.00 | 0.5 | $230.00 |
| 9/23/2015 | MOS | $300.00 | 1.3 | $390.00 |
| 9/25/2015 | JRA | $460.00 | 0.7 | $322.00 |
| 9/25/2015 | MOS | $300.00 | 3.2 | $960.00 |
| 9/28/2015 | JRA | $460.00 | 0.7 | $322.00 |
| 9/28/2015 | MOS | $300.00 | 7.9 | $2,370.00 |
| 9/29/2015 | JRA | $460.00 | 1.5 | $690.00 |
| 9/29/2015 | MOS | $300.00 | 6.6 | $1,980.00 |
| 9/30/2015 | JRA | $460.00 | 0.6 | $276.00 |
| 9/30/2015 | MOS | $300.00 | 0.3 | $90.00 |
| 10/1/2015 | JRA | $460.00 | 0.5 | $230.00 |
| 10/1/2015 | MOS | $300.00 | 2.1 | $630.00 |
| 10/1/2015 | CLO | $150.00 | 1.5 | $225.00 |
| 10/15/2015 | JRA | $460.00 | 0.4 | $184.00 |
| 10/15/2015 | MOS | $300.00 | 2.2 | $660.00 |
| 10/18/2015 | MOS | $300.00 | 4.9 | $1,470.00 |
| 10/19/2015 | MOS | $300.00 | 1.4 | $420.00 |
| 10/20/2015 | JRA | $460.00 | 0.6 | $276.00 |
| 10/20/2015 | MOS | $300.00 | 0.1 | $30.00 |
| 10/20/2015 | CLO | $150.00 | 0.5 | $75.00 |
| 10/21/2015 | JRA | $460.00 | 0.1 | $46.00 |
| 10/21/2015 | MOS | $300.00 | 0.1 | $30.00 |
| 10/21/2015 | CLO | $150.00 | 0.8 | $120.00 |
| 10/22/2015 | JRA | $460.00 | 0.3 | $138.00 |
| 10/22/2015 | MOS | $300.00 | 2.3 | $690.00 |
| **Total** | | | | **$13,672.00** |
| **36% of Total** | | | | **$4,921.92** |